**Eduard LORENZ, Plaintiff–Appellant,**

v.

**Patricia H. HARRINGTON, Clerk, Supreme Court of Virginia, Defendant–Appellee.**

No. 09–6920.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 15, 2009.

Eduard Lorenz, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduard Lorenz appeals a district court order denying a petition for a writ of mandamus in which he sought an order from the court directing that the Clerk of the Supreme Court of Virginia allow him to proceed in forma pauperis. We affirm on the reasoning of the district court. *Lorenz v. Harrington*, No. 1:09–cv–00456–JCD–IDD (E.D.Va. May 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented

* The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (2006).

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

